IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HOT FOOD XPRESS, LLC**                                                                 **PLAINTIFF**

v.                         CASE NO. 4:07-CV-1219 BSM

**CENTURY SURETY COMPANY**                                                **DEFENDANT**

### JUDGMENT

Pursuant to the order of this date, granting defendant's motion for summary judgment, plaintiff's complaint must be dismissed with prejudice against defendant.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of defendant and against plaintiff.

IT IS FURTHER ORDERED that the complaint be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED THIS 29th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE